United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Kiana Wagner, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-62342-Civ-Scola |
| | ) | |
| Vance & Huffman LLC, Defendant. | ) | |

### Order

This matter is before the Court on the Defendant's unopposed motion to stay the case pending *en banc* review by the Eleventh Circuit in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.* (ECF No. 9.) Because the Eleventh Circuit's decision in *Hunstein* is "likely to have a substantial or controlling effect on the claims and issues" in this case, a stay is appropriate. *See Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009). This case is one of hundreds filed by the same law firm, based on legal theories from the now-vacated *Hunstein* opinion, although it bears noting that this case was initially filed after the panel decision in *Hunstein* was already vacated. Other courts in this district have stayed cases involving similar legal theories pending the Eleventh Circuit's *en banc* decision in *Hunstein*. *See Sardinas v. Resurgent Cap. Servs., L.P.*, No. 1:21-cv-24158, ECF No. 11 (S.D. Fla. Dec. 17, 2021) (Scola, J.); *Sardinas v. TRS Recovery Servs, Inc.*, No. 21-24057-CIV, 2021 U.S. Dist. LEXIS 231069 (S.D. Fla. Dec. 3, 2021) (Altonaga, C.J.); *Zahriyeh v. F.H. Cann & Assocs., Inc.*, No. 0:21-cv-61178, ECF No. 27 (S.D. Fla. Nov. 23, 2021) (Altman, J.); *Lalloo v. Cooling & Winter, LLC*, No. 21-14310-CIV, 2021 U.S. Dist. LEXIS 183400 (S.D. Fla. Sept. 23, 2021) (Cannon, J.); *Luca v. United Collection Bureau, Inc.*, 2021 U.S. Dist. LEXIS 174555 (S.D. Fla. Sept. 13, 2021) (Altman, J.).

Therefore, the Court **grants** the motion. (**ECF No. 9**.) The Court **orders** the parties to file a joint motion to reopen the case within thirty days of the Eleventh Circuit's ruling *en banc*. The Clerk is directed to administratively **close** this case. All pending motions are **denied as moot**.

**Done and ordered**, in Miami, Florida, on February 10, 2022.

_____
Robert N. Scola, Jr.
United States District Judge